IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lee, Kenneth J

Printed: 10/7/08

Case Number: 04 B 37280
Judge: Wedoff, Eugene R
Filed: 10/7/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: August 1, 2008
Confirmed: December 16, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 10,008.20 |  |
| Secured: |  | 2,940.33 |
| Unsecured: |  | 4,117.05 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,410.00 |
| Trustee Fee: |  | 540.62 |
| Other Funds: |  | 0.20 |
| Totals: | 10,008.20 | 10,008.20 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,410.00 | 2,410.00 |
| 2. | Affordable Auto Sales | Secured | 2,940.33 | 2,940.33 |
| 3. | Consumer Portfolio Services | Unsecured | 1,730.82 | 2,082.73 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 735.30 | 884.83 |
| 5. | HSBC Taxpayer Financial Services | Unsecured | 81.10 | 97.60 |
| 6. | Illinois State Tollway | Unsecured | 874.12 | 1,051.89 |
| 7. | Peoples Energy Corp | Unsecured | 15.55 | 0.00 |
| 8. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 9. | Anderson Financial Network | Unsecured |  | No Claim Filed |
| 10. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 11. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 12. | Park Dansan | Unsecured |  | No Claim Filed |
| 13. | Linebarger Goggan Blair Pena & Samp | Unsecured |  | No Claim Filed |
| 14. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
|  |  |  | $ 8,787.22 | $ 9,467.38 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 66.63 |
| 4% | 13.94 |
| 3% | 5.10 |
| 5.5% | 130.62 |
| 5% | 25.67 |
| 4.8% | 76.63 |
| 5.4% | 222.03 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Lee, Kenneth J | Case Number:  04 B 37280 |
| | Judge:  Wedoff, Eugene R |
| Printed:  10/7/08 | Filed:  10/7/04 |

_____
$ 540.62

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

